```
                                              FILED
                                           BILLINGS, MT

                                         2006 FEB 1 PM 2 22

                                         PATRICK E. DUFFY, CLERK
                                         BY _____
                                                DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | | |
|---|---|---|
| GREGORY SANCHEZ, | ) | Cause No. CV-05-20-BLG-RFC |
| Petitioner, | ) | |
| vs. | ) | ORDER |
| JIM MacDONALD, WARDEN | ) | |
| Respondent. | ) | |

January 11, 2006, United States Magistrate Judge Richard W. Anderson entered his Findings and Recommendation on Petitioner's case. Magistrate Judge Anderson recommended that Petitioner's Petition be dismissed with prejudice for procedural default in state court and a certificate of appealability be denied.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). Petitioner filed his objections to Magistrate Judge

1

Anderson's Findings and Recommendations on January 27, 2006. Petitioner's objections are not well taken.

After a de novo review, the Court determines the Findings and Recommendation of Magistrate Judge Anderson are well grounded in law and fact and HEREBY ORDERS they be adopted in their entirety.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner's Petition is DISMISSED WITH PREJUDICE for procedural default in state court and certificate of appealability is DENIED.

The Clerk of Court shall notify the parties of the making of this Order.

DATED this _1st_ day of February, 2006.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF MAILING
DATE: 2/1/06  BY: _____
I hereby certify that a copy of this order was mailed to:

Gregory Sanchez
AUSA